man against Henry H. Davis and others. From a judgment for plaintiff, defendant Davis appeals. Affirmed. Henry H. Davis (Benjamin N. Cardzo, of counsel), for appellant. Steuer & Hoffman (Max D. Steuer, of counsel), for respondent.

FREEDMAN, P. J. Upon a careful examination of the whole case, it appears that the evidence given at the trial upon the issues raised by the pleadings required the submission to the jury of the questions whether the agreement to pay was made by the defendants, as claimed by the plaintiff, whether there was a consideration for it moving to the defendant, and whether, if there was such a consideration, it was so beneficial to the defendant that it made defendant's agreement an original and independent undertaking, as distinguished from a collateral one, and that these questions were submitted to the jury under a full and well-considered charge, which carefully guarded all the right of the defendant, within the doctrine of White v. Rintoul, 108 N. Y. 222, 15 N. E. 318. The record discloses no reversible error. The judgment and order should be affirmed, with costs. All concur.

GREINER, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 17, 1903.) Action by George G. Greiner against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs.

GUARANTY TRUST CO. OF NEW YORK, Respondent, v. JENNINGS, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by the Guaranty Trust Company of New York against Louis B. Jennings. H. Barry, for respondent. No opinion. Judgment affirmed, with costs.

GUARANTY TRUST CO. OF NEW YORK, Respondent, v. JENNINGS, Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by the Guaranty Trust Company of New York against Louis B. Jennings. No opinion. Motion to open default granted, upon payment of $10 costs and $10 costs of the term, so far as to allow appellant to submit points within 10 days from entry of order on this decision, if respondent consents to submit; otherwise, on payment of above costs, default will be opened, and case put on November calendar, to be argued when reached.

GUERIN, Respondent, v. GUERIN, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Daniel Guerin against John Guerin. No opinion. Judgment unanimously affirmed, with costs.

GUILES, Respondent, v. VILLAGE OF CATTARAUGUS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 1, 1903.) Action by Emma E. Guiles against the village of Cattaraugus. No opinion. Judgment and order affirmed, with costs.

GUINAN, Respondent, v. KOCH, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by John S. Guinan against William Koch. No opinion. Judgment unanimously affirmed, with costs.

In re GUNDERSHEIMER. (Supreme Court, Appellate Division, First Department. November 6, 1903.) In the matter of Abraham Gundersheimer. W. K. Hall, for appellant. E. Hymes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GUY v. MAYOR, etc., OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by John Guy against the Mayor, etc., of the city of New York. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

In re HADLEY. (Supreme Court, Appellate Division, Fourth Department. November 17, 1903.) Application of Walter M. Hadley for the examination of John B. Porter, impleaded, etc.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
McLENNAN, P. J., dissents.

HAIGHT, Respondent, v. STOCK, GRAIN & PROVISION CO. OF NEW YORK, Limited, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1903.) Action by William C. Haight against the Stock, Grain & Provision Company of New York, Limited. No opinion. Motion denied, upon payment of $10 costs.

HAIGHT, Respondent, v. STOCK, GRAIN & PROVISION CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by William C. Haight against the Stock, Grain & Provision Company of New York. J. Delahunty, for appellant. W. P. Maloney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HALL v. GILMAN et al. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by Helen P. Hall against Theophilus Gilman and others. No opinion. Motion denied.

HALL, Appellant, v. GILMAN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Helen P. Hall against Theophilus Gilman and others. V. P. Donihee, for appellant. R. J. Moses, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

HAMILTON et al., Appellants, v. WINCH, Respondent. (Supreme Court, Appellate Division, First Department. November 6, 1903.)

Action by Charles H. Hamilton and others against Frank Winch. L. Frankel, for appellants. E. D. O'Brien, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

HAMILTON BANK-NOTE ENGRAVING & PRINTING CO., Respondent, v. TWIN CITY POWER CO., Appellant. (Supreme Court, Appellate Term. June, 1903.) Action by the Hamilton Bank-Note Engraving & Printing Co. against the Twin City Power Company. From a judgment for plaintiff, and an order denying a new trial, defendant appeals. Affirmed. E. W. Tyler, for appellant. Meyer & Godson, for respondent.

MacLEAN, J. It is undisputed that the plaintiff printed and delivered certain bonds to the defendant upon its order, and that the latter never returned or offered to return them, even when apprised of delivery and receipt by a brother of an executive officer and a casual visitor in the offices of the defendant. That time was essential was affirmed and denied, but the determination of the jury thereon is final, in the absence of evidence of return, or offer to return, or of refusal to accept when informed of the completion of the work; for the officer of the defendant directly testified, somewhat inconsistently it is true, that "after the time had expired, and after January 31st, I notified him [the general manager of the plaintiff] on the telephone that the time had gone by to use the bonds, and not to deliver them. I cannot tell you how soon after January 31st. I think it was more than a week, I should think 10 days, after January 31st. He notified me he had the bonds ready for delivery at that time, and I told him not to deliver them, I said: 'Do not deliver them. We have no place to keep them here. You keep them there, until we can arrange to use them.'" This accords with the testimony of the general manager of the plaintiff on that point, and makes the exclusion of evidence of purposed use thereafter—for use there was by the undisputed retention, imprint of corporate seal, and signatures of two officers of the defendant attached—proper and as not within the issue. Judgment must therefore be affirmed, with costs. Judgment affirmed, with costs. All concur.

---

HARMS, Respondent, v. RINALDO, Appellant. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by Charles Harms against David M. Rinaldo. L. Cohen, for appellant. J. C. Guggenheimer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HARRELL, Respondent, v. FINCK et al., Appellants. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by Claudius E. Harrell against George Finck and others. D. P. Cobb, for appellants. H. B. Twombly, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer, and to answer, upon payment of costs in this court and in the court below.

HATHAWAY, Appellant, v. SYRACUSE RAPID TRANSIT RY. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Charles Hathaway, Jr., against the Syracuse Rapid Transit Railway Company and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

STOVER, J., not voting.

---

HAWLEY v. ROCHESTER & S. RY. CO. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Emma Hawley against the Rochester & Suburban Railway Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted; the form of the order to be settled by and before HISCOCK, J., on two days' notice.

---

HEATH, Appellant, v. HASBROUCK, Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by William H. Heath, as administrator, against James F. Hasbrouck. W. L. Cahn, for appellant. E. A. Jones, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

HERLIN, Respondent, v. JOHN W. MASURY & SON, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1903.) Action by Margaret Herlin, as administratrix, etc., of Dennis Herlin, deceased, against John W. Masury & Son. No opinion. Order affirmed, with $10 costs and disbursements.

---

HEWIT, Respondent, v. HEDDEN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 24, 1903.) Action by Loren M. Hewit, as trustee, against Viner J. Hedden and others.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law only. Held that, the trial justice having charged the jury "that the plaintiff can recover, if at all, only upon the contract signed by Adams and the defendants' Exhibit 4 in this case," and it being conceded that the plaintiff is not entitled to recover upon such contract, the judgment must be reversed, notwithstanding the plaintiff may have alleged and established by competent proof another and different cause of action against the defendants.

---

HEWITT, Respondent, v. AMERICAN UNION LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 17, 1903.) Action by Mary E. Hewitt against the American Union Life Insurance Company. No opinion. Motion denied.

---

HIDDEN, Respondent, v. GODFREY et al., Appellants. (Supreme Court, Appellate Division, First Department. November 6, 1903.)